UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MANOUCHEHR GOUDARZI et al., | CASE NO. C24-1882 |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JP MORGAN CHASE BANK N.A., | |
| Defendant(s). | |

The Court, having reviewed the foregoing stipulation of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES that Defendants' deadline to answer the complaint shall be extended to January 13, 2025.

Dated this 23rd day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1