UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MANOUCHEHR GOUDARZI et al., | CASE NO. C24-1882-KKE |
|---|---|
| Plaintiff(s), | ORDER ADOPTING PROPOSED DISCOVERY PLAN AND RELATED DEADLINES AND STRIKING EXISTING DEADLINES |
| v. | |
| J.P. MORGAN CHASE BANK N.A., | |
| Defendant(s). | |

Pursuant to the Court's Order on November 14, 2025 (Dkt. No. 51), the parties conferred and filed a joint proposed discovery plan. Dkt. No. 52. The Court finds good cause to adopt the proposed plan. Accordingly, all deadlines in the previous case schedule, except the deadlines for joining additional parties and for filing amended pleadings (Dkt. No. 22) are VACATED. The procedures set forth in the Court's scheduling order, however, continue to apply. Dkt. No. 22 at 3–7. The Court hereby sets the following deadlines related to arbitrability:

| EVENT | DATE |
|---|---|
| Discovery into arbitrability must be completed by: | 2/13/2026 |
| Defendant must file a renewed motion to compel arbitration, if any, by: | 3/2/2026 |

The parties agree that all other case schedule deadlines should be set following the resolution of the arbitrability issue. Accordingly, the Court will defer entering an amended case schedule until any forthcoming renewed motion to compel arbitration is resolved.

ORDER ADOPTING PROPOSED DISCOVERY PLAN AND RELATED DEADLINES AND STRIKING EXISTING DEADLINES - 1

Dated this 25th day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING PROPOSED DISCOVERY PLAN AND RELATED DEADLINES AND STRIKING EXISTING DEADLINES - 2