THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANOUCHEHR GOUDARZI, an individual; VALERIE GOUDARZI, an individual; and MARYAM GOUDARZI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> J.P. MORGAN CHASE BANK, N.A., d/b/a CHASE BANK, a Delaware corporation, <br><br> Defendant. | Case No. 2:24-cv-01882-KKE <br><br> **ORDER GRANTING STIPULATED MOTION TO MODIFY CERTAIN DISCOVERY DEADLINES** |

This matter comes before the Court on the Parties' Stipulated Motion to Modify Certain Discovery Deadlines.  The Court has received, reviewed, and considered the Stipulated Motion.  Finding good cause, the Court GRANTS the Motion.  The Court hereby modifies the discovery deadlines set forth in the Court's Order at Docket 53 as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery into arbitrability must be completed | 2/13/2026 | **3/13/2026** |
| Defendant must file a renewed motion to compel arbitration | 3/2/2026 | **3/30/2026** |

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 1
CASE NO. 2:24-cv-01882-KKE

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

It is so ORDERED.


DATED this 23rd day of January, 2026


*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge


Presented by:

| MACDONALD HOAGUE & BAYLESS | BALLARD SPAHR LLP |
|---|---|
| By: _____*s/ Lauren I. Freidenberg*_____<br>Jesse Wing, WSBA No. 27751<br>Lauren I. Freidenberg, WSBA No. 59145<br>Adarsh Parthasarathy, WSBA No. 62319<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>JesseW@mhb.com<br>LaurenF@mhb.com<br>AdarshP@mhb.com | By: _____*s/ Pilar C. French*_____<br>Pilar C. French, WSBA No. 33300<br>Katie D. Bass, WSBA No. 51369<br>Erika O'Sullivan, WSBA No. 57556<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>a frenchp@ballardspahr.com<br>bassk@ballardspahr.com<br>osullivane@ballardspahr.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant J.P. Morgan Chase Bank, N.A. d/b/a Chase Bank* |

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 2
CASE NO. 2:24-cv-01882-KKE

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107