THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANOUCHEHR GOUDARZI, an individual; VALERIE GOUDARZI, an individual; and MARYAM GOUDARZI, an individual,

Plaintiffs,

v.

J.P. MORGAN CHASE BANK, N.A., d/b/a CHASE BANK, a Delaware corporation,

Defendant.

Case No. 2:24-cv-01882-KKE

**ORDER GRANTING STIPULATED MOTION TO MODIFY CERTAIN DISCOVERY DEADLINES**

This matter comes before the Court on the Parties' Stipulated Motion to Modify Certain Discovery Deadlines. The Court has received, reviewed, and considered the Stipulated Motion. Finding good cause, the Court GRANTS the Motion. The Court hereby modifies the discovery deadlines set forth in the Court's Order at Docket 55 as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery into arbitrability must be completed | 3/13/2026 | **4/13/2026** |
| Defendant must file a renewed motion to compel arbitration | 3/30/2026 | **5/8/2026** |

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 1
CASE NO. 2:24-cv-01882-KKE

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

It is so ORDERED.

DATED this 12th day of February, 2026

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 2
CASE NO. 2:24-cv-01882-KKE

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

MACDONALD HOAGUE & BAYLESS          BALLARD SPAHR LLP


By:  *s/ Lauren I. Freidenberg*              By:  *s/ Pilar C. French*
     Jesse Wing, WSBA No. 27751                   Pilar C. French, WSBA No. 33300
     Lauren I. Freidenberg, WSBA No. 59145        Katie D. Bass, WSBA No. 51369
     Adarsh Parthasarathy, WSBA No. 62319         Erika O'Sullivan, WSBA No. 57556
     705 Second Avenue, Suite 1500               1301 Second Avenue, Suite 2800
     Seattle, WA 98104                           Seattle, WA 98101
     JesseW@mhb.com                              afrenchp@ballardspahr.com
     LaurenF@mhb.com                             bassk@ballardspahr.com
     AdarshP@mhb.com                             osullivane@ballardspahr.com

  *Attorneys for Plaintiffs*                 *Attorneys for Defendant J.P. Morgan Chase Bank, N.A. d/b/a Chase Bank*

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 3
CASE NO. 2:24-cv-01882-KKE