THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANOUCHEHR GOUDARZI, an individual; VALERIE GOUDARZI, an individual; and MARYAM GOUDARZI, an individual,

                         Plaintiffs,

       v.

J.P. MORGAN CHASE BANK, N.A., d/b/a CHASE BANK, a Delaware corporation,

                         Defendant.

Case No. 2:24-cv-01882-KKE

**ORDER GRANTING STIPULATED MOTION TO MODIFY CERTAIN DISCOVERY DEADLINES**

This matter comes before the Court on the Parties' Stipulated Motion to Modify Certain Discovery Deadlines. The Court has received, reviewed, and considered the Stipulated Motion. Finding good cause, the Court GRANTS the Motion. The Court hereby modifies the discovery deadlines set forth in the Court's Order at Docket 57 as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery into arbitrability must be completed | **4/13/2026** | **7/17/2026** |
| Defendant must file a renewed motion to compel arbitration | **5/8/2026** | **8/14/2026** |

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 1
CASE NO. 2:24-cv-01882-KKE

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

It is so ORDERED.

DATED this 16th day of March, 2026

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 2
CASE NO. 2:24-cv-01882-KKE

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

MACDONALD HOAGUE & BAYLESS          BALLARD SPAHR LLP


By:  *s/ Lauren I. Freidenberg*                      By:  *s/ Pilar C. French*
    Jesse Wing, WSBA No. 27751                        Pilar C. French, WSBA No. 33300
    Lauren I. Freidenberg, WSBA No. 59145             Katie D. Bass, WSBA No. 51369
    Adarsh Parthasarathy, WSBA No. 62319             Erika O'Sullivan, WSBA No. 57556
    705 Second Avenue, Suite 1500                     1301 Second Avenue, Suite 2800
    Seattle, WA 98104                                 Seattle, WA 98101
    JesseW@mhb.com                                    afrenchp@ballardspahr.com
    LaurenF@mhb.com                                   bassk@ballardspahr.com
    AdarshP@mhb.com                                   osullivane@ballardspahr.com

*Attorneys for Plaintiffs*                            *Attorneys for Defendant J.P. Morgan Chase Bank, N.A. d/b/a Chase Bank*

ORDER GRANTING STIPULATED MOTION TO
MODIFY CERTAIN DISCOVERY DEADLINES - 3
CASE NO. 2:24-cv-01882-KKE