HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MANOUCHEHR GOUDARZI, an individual; VALERIE GOUDARZI, an individual; and MARYAM GOUDARZI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., d/b/a CHASE BANK, a Delaware corporation,<br><br>Defendant. | No. 2:24−cv−01882−KKE<br><br>STIPULATION OF DISMISSAL<br><br>NOTED FOR October 15, 2026 |

Pursuant to FRCP 41(a)(1)(A)(ii), by their attorneys of record, the parties stipulate that the above captioned action shall be dismissed with prejudice and without court-awarded costs or attorneys' fees to either party.

Dated this 15th day of October, 2026.

| | |
|---|---|
| **MacDONALD HOAGUE & BAYLESS**<br><br>By: /s/*Jesse Wing*<br>Jesse Wing, WSBA #27751<br>Lauren I. Freidenberg, WSBA #59145<br>JesseW@mhb.com<br>LaurenF@mhb.com<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br><br>Attorneys for Plaintiffs | **BALLARD SPAHR LLP**<br><br>By: /s/*Erika O'Sullivan*<br>Pilar C. French, WSBA No. 33300<br>Erika A. O'Sullivan, WSBA No. 57556<br>FrenchP@ballardspahr.com<br>OSullivanE@ballardspahr.com<br>1301 Second Avenue, Suite 2800<br>Seattle, Washington 98101<br>206-223-7000<br><br>*Attorneys for JPMorgan Chase Bank, N.A. d/b/a Chase Bank*<br>*(Authorized by email to add e-signature)* |



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

CERTIFICATE OF SERVICE

I, Andrew Drake, declare under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a copy of the Stipulation of Dismissal on the following participant(s):

| | |
|---|---|
| **BALLARD SPAHR LLP**<br>Pilar C. French, WSBA No. 33300<br>Erika A. O'Sullivan, WSBA No. 57556<br><br>FrenchP@ballardspahr.com<br>OSullivanE@ballardspahr.com<br><br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: (206) 223-7000<br>Facsimile: (206) 223-7107<br><br>Cc:<br>Janet Wiley, WileyJL@ballardspahr.com<br>Alex Wilder, WilderA@ballardspahr.com<br>Karen Pettinger, PettingerK@ballardspahr.com<br>Docketing, docketing@ballard-spahr.com<br><br>*Attorneys for JPMorgan Chase Bank, N.A. d/b/a Chase Bank* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☐ Via Email: Per E-Service Agreement<br>☐ Via Overnight Delivery |

DATED this 15th day of October, 2026.

*/s/Andrew Drake*
Andrew Drake, Legal Assistant



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961