HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MANOUCHEHR GOUDARZI, an individual; VALERIE GOUDARZI, an individual; and MARYAM GOUDARZI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., d/b/a CHASE BANK, a Delaware corporation,<br><br>Defendant. | No. 2:24−cv−01882−KKE<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. The Court has received, reviewed, and considered the Stipulated Motion. Finding good cause, the Court GRANTS the Motion. The above captioned action is DISMISSED with prejudice and without court-awarded costs or attorneys' fees to either party.

It is so ORDERED.

DATED this ______ day of October, 2026

THE HONORABLE KYMBERLY K. EVANSON



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

Presented by:

MACDONALD HOAGUE & BAYLESS

By: *s/ Jesse Wing*
Jesse Wing, WSBA No. 27751
Lauren I. Freidenberg, WSBA No. 59145
705 Second Avenue, Suite 1500
Seattle, WA 98104
JesseW@mhb.com
LaurenF@mhb.com

*Attorneys for Plaintiffs*

BALLARD SPAHR LLP

By: *s/ Erika O'Sullivan*
Pilar C. French, WSBA No. 33300
Erika O'Sullivan, WSBA No. 57556
1301 Second Avenue, Suite 2800
Seattle, WA 98101
frenchp@ballardspahr.com
osullivane@ballardspahr.com

*Attorneys for J.P. Morgan Chase Bank, N.A. d/b/a Chase Bank*
*(Authorized by email to add e-signature)*

CERTIFICATE OF SERVICE

I, Andrew Drake, declare under penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a copy of the foregoing document on the following participant(s):

**BALLARD SPAHR LLP**
Pilar C. French, WSBA No. 33300
Erika A. O'Sullivan, WSBA No. 57556

FrenchP@ballardspahr.com
OSullivanE@ballardspahr.com

1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

Cc:
Janet Wiley, WileyJL@ballardspahr.com
Alex Wilder, WilderA@ballardspahr.com
Karen Pettinger, PettingerK@ballardspahr.com
Docketing, docketing@ballard-spahr.com

*Attorney for Defendant JPMorgan Chase Bank, N.A. d/b/a Chase Bank*

X Via Clerk of the Court (CM/ECF System)
☐ Via Facsimile
☐ Via First Class Mail
☐ Via Email: Per E-Service Agreement
☐ Via Overnight Delivery

DATED this 15th day of October, 2026.

*/s/Andrew Drake*
Andrew Drake, Legal Assistant



MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961