UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANOUCHEHR GOUDARZI et al.,<br><br>Plaintiff(s),<br>v.<br><br>J.P. MORGAN CHASE BANK N.A.,<br><br>Defendant(s). | CASE NO. C24-1882-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes before the Court on the parties' stipulated motion to dismiss. Dkt. No. 61. Having reviewed the motion, and finding good cause, the Court GRANTS the motion and ORDERS that this case is DISMISSED with prejudice and without court-awarded costs or attorney's fees to either party.

Dated this 16th day of October, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge